IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE, )<br> )<br> Petitioner, )<br> )<br>v. ) Civil Action No. 06-127-KAJ<br> )<br> )<br>THOMAS L. CARROLL, )<br>Warden, and CARL C. )<br>DANBERG, Attorney )<br>General of the State )<br>of Delaware, )<br> )<br> Respondents. ) | |

FILED

MAR 20 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AEDPA ELECTION FORM**

1. ✓    I wish the Court to rule on my § 2254 petition as currently pending.  I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____    I wish to amend my § 2254 petition to include all the grounds I have.  I will do so within thirty (30) days.  I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one

opportunity to seek federal habeas corpus relief.

3. _____   I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____   I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____ .

*Charles F. Cardone -*
Petitioner

*March 14, 2006*

I/M Charles T. Carbone
SBI# 098159  UNIT Bldg (21) C84
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Pour-mir

LEGAL MAIL

* Clerk of the Court *
U.S. District Court
844 N. King St. Lockbox 18
U.S. Courthouse
Wilmington DE
19801