D.I. #_____

# CIVIL ACTION
# NUMBER: 06-127 KAJ

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.36 |

Postmark Here — MAR 29 2006, RODNEY SQ STA WILMINGTON DE 19801 USPS

Sent To: Warden Tom Carroll
Street, Apt. No.; or PO Box No.: Delaware Correctional Center
1181 Paddock RD.
City, State, ZIP+4: Smyrna, DE 19977

PS Form 3800, June 2002     See Reverse for Instructions

7002 2030 0003 0326 7638

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.36 |

Postmark Here — MAR 29 2006, RODNEY SQ STA WILMINGTON DE 19801 USPS

Sent To: Loren Meyers
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801

PS Form 3800, June 2002     See Reverse for Instructions

7002 2030 0003 0326 7645



FILED
MAR 29 3 35 PM '06
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE