United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06-127 KAJ

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Beatrice Ony_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Beatrice Oley   C. Date of Delivery: 3/30/06 |
| 1. Article Addressed to:<br><br>Warden Tom Carroll<br>Delaware Correctional Center<br>1181 Paddock RD.<br>Smyrna, DE 19977 | D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label): 7002 2030 0003 0326 7638 | |
| PS Form 3811, August 2001   Domestic Return Receipt   2ACPRI-03-P-4081 | |