May 15, 2006

To the Clerk of U.S. District Court, Del.
RE: Civ. Act. No. 06-127-KAJ

I wish to have this letter docketed... it is my response to Counsel for respondents Motion for Extension of Time dated May 8, 2006. I do not object to this request or the judge's granting of this request, but, I wish to stipulate and make clarifications to respondent's opening statement, NO 1:   1. Respondents state that I, Charles F. Cardone, "has applied for federal habeas relief, challenging his March 2005 conviction".... allow me to now state that according to my copy of my petition under 28 U.S.C. §2254, I am not only challenging my convictions in Superior Court, criminal docket and/or case numbers 0409005091A and 0201021864, I am also alleging:

1. IAC- Ineffective Assistance of Counsel...
2. Violations of judicial conduct of Superior Court judge Graves and Chief Justice of Del. Supreme Court, Myron T. Steele...
3. Malicious prosecution and persecution of Sussex County Attorney's General office, on me, Charles F. Cardone...
4. And, State and Federal violations of my rights under our United States Constitution and State of Delaware's Constitution's guarantees of rights of due process... if I am granted my petition for Writ of Habeas Corpus, my aforementioned stipulations and clarifications are to be addressed.

Respectfully,
Charles F. Cardone
SBI #098159


FILED
MAY 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO Scanned

I/M Charles F. Cardone
SBI# 098159  UNIT Bldg. 17 CU 4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

* attn:
Peter T.
Dalleo

Par-mia

Office of the Clerk
United States District Court
844 N. King Street, Lockby 18
Wilmington,    DE
                19801-3570