OFFICE OF THE CLERK
### UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 19, 2006

TO:  Charles F. Cardone
     SBI #098159
     Delaware Correctional Center
     1182 Paddock Road
     Smyrna, DE 19977

**RE:  Service of Documents; 06-127(KAJ)**

Dear Mr. Cardone:

Papers have been received by this office for filing in the above matter which do <u>not</u> conform to:  Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected.  In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the certificate of service, should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

                                        Sincerely,

/bad                                    PETER T. DALLEO
                                        CLERK

cc:  The Honorable Kent A. Jordan

May 15, 2006

To the Clerk of U.S. District Court, Del.
RE: Civ. Act. No. 06-127-KAJ

(12)

I wish to have this letter docketed... it is my response to Counsel for respondents Motion for Extension of Time dated May 8, 2006. I do not object to this request or the judge's granting of this request, but, I wish to stipulate and make clarifications to respondent's opening statement, NO 1: 1. Respondents state that I, Charles F. Cardone, "has applied for federal habeas relief, challenging his March 2005 conviction".... allow me to now state that according to my copy of my petition under 28 U.S.C. §2254, I am not only challenging my convictions in Superior Court, criminal docket and/or case numbers 0409005091A and 0201021864, I am also alleging:

1. IAC - Ineffective Assistance of Counsel...
2. Violations of judicial conduct of Superior Court judge Graves and Chief Justice of Del. Supreme Court, Myron T. Steele...
3. Malicious prosecution and persecution of Sussex County Attorney's General office, on me, Charles F. Cardone...
4. And, State and Federal violations of my rights under our United States Constitution and State of Delaware's Constitution's guarantees of rights of due process... if I am granted my petition for Writ of Habeas Corpus, my aforementioned stipulations and clarifications are to be addressed.

Respectfully,
Charles F. Cardone
SBI# 098159


FILED
MAY 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned