RE: ~~05-~~ ~~06-~~ 06-127 KAJ        5-23-06

Peter, re your May 19, 06 letter to me, I am not clear on your last paragraph (actually, the entire letter) where you state "Your corrected filing"... I am returning the signed certificate of service, while I have not served it (— just returning it do you) because I am not understanding if the court is ordering me to serve a *full* copy OF my 2254 on Ms McFarlan. I am just a poor, 57 year old, white prisoner who will soon be denied access to our courts because my little bit of money on hand is being eaten up by the extraneous, in forma pauperis, hidden costs (postage, ~~coping~~ copying costs, etc.) that are being partnered and enjoined on me, in filing these 1983s pursuant to the PLRA of 96. AT this writing, if the court orders me to serve defendant counsel w/ my entire 2254, then so be it... please clarify, Respectfully,
Charles F. Cardone

← OVER

DISREGARD

When you come home, you will be surprised at how nice the front porch is. Hope you have a very Merry Christmas. Mom, I miss you.

Love,
Mom & Iggy

*I was transferred to this DCC prison on today's date, one year ago...

— For the past 10 months, and counting, I have been classified and serving time in the SHU of Delaware's ~~state~~ prison system through direct violation of this prison's hearing process on/of administrative ~~hearing~~ write ups (disciplinary); therefore, I am limited to $15.00 (Fifteen dollars) every 2 weeks to purchase commissary ~~products~~ (writing materials, postage, 1 pen, etc.). I am advising the court to docket all my correspondence... should Delaware DOC decide to put me under their prison, my son, Frank will be my beneficiary cfc 5-23-06

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 19, 2006

TO: Charles F. Cardone
SBI #098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

**RE: Service of Documents; 06-127(KAJ)**

Dear Mr. Cardone:

Papers have been received by this office for filing in the above matter which do <u>not</u> conform to: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the certificate of service, should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

HABEAS, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00127-KAJ
### Internal Use Only

Cardone v. Attorney General of the State of Delaware et al
Assigned to: Honorable Kent A. Jordan
Related Cases: 1:00-cv-00118-RRM
1:02-cv-01609-KAJ
1:03-cv-00514-KAJ
1:05-cv-00536-KAJ
1:05-cv-00600-KAJ
1:06-cv-00151-KAJ
1:06-cv-00152-KAJ
1:06-cv-00177-KAJ
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 02/27/2006
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Charles F. Cardone**  represented by **Charles F. Cardone**
SBI #098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977
PRO SE

V.

**Respondent**

**Attorney General of the State of Delaware**  represented by **Elizabeth Roberts McFarlan**
Department of Justice
820 N. French St.
Wilmington, DE 19801
(302) 577-8400
Email: elizabeth.mcfarlan@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Warden Thomas Carroll**  represented by **Elizabeth Roberts McFarlan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

## Certificate of Service

I, _CHARLES F. CARDONE_, hereby certify that I have served a true and correct cop(ies) of the attached: _Habeas, Paper Documents_ _In RE: 06-127 KAJ_ upon the following parties/person (s):

TO: _Elizabeth Roberts McFarlan_
_Department of Justice_
_820 N. French St._
_Wilmington, DE 19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _23_ day of _May_, 200_6_

_Charles F. Cardone, Pro se_
_SBI #098159_

IM Charles F. Cardone
SBI# 098159 UNIT SHU⑰CU4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, DE
19801-3570

U.S.M.S. X-RAY

$00.39⁰ MAY 25 2006
MAILED FROM ZIPCODE 19977