June 18, 06

TO: Clerk of the Court

RE: Service of Documents; 06-127 KAJ

I received 2 Service of Documents Letters... one, dated May 19, 2006, from Mr. Dalleo... the 2nd, dated June 14, 06, from Bob C' Deputy Clerk. Your letters state I must serve documents upon all local counsel of record and I must attach Certificate of Service + Proof of Service to the back of these documents. I have sent numerous documents to the Court re my petition for Habeas Corpus. When I sent these numerous documents to the Court, they were, and are, to be used in support of my petition of 06-127 KAJ. Due to my ignorance, I did not catalog the documents I sent to the Court. My fault, completely. Now, how do I serve defendants counsel with documents that are in the Court's possession? I probably have copies of all I sent to you, but, I do not know what documents I sent up to you. Furthermore, I thought that if my petition for a writ of habeas corpus was granted by KAJ, I then would serve defendants with all documents I forwarded to the court for consideration. Evidently, I must be mistaken?

If you, the Clerks of District Court, are telling me I must serve all papers to defendant's counsel, then I must, once again, ask you to send me a bill (estimate) so I may pay to have all those documents copies sent back to me so I may serve them on the defendants. Please advise

Charles F. Cardone
SBI #098159

FILED
JUN 26 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M Charlio Z. Cordone
SBI# 098159  UNIT SHU(7)cut
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

* Clerk *
U.S. District Court
844 N. King St., Lockbox 18
Wilmington DE
19801-3570

Poco mia

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 19, 2006

TO: Charles F. Cardone
SBI #098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

**RE: Service of Documents; 06-127(KAJ)**

Dear Mr. Cardone:

Papers have been received by this office for filing in the above matter which do not conform to: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, they *must be served by you, upon all local counsel of record*, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the certificate of service, should be sent to this office for processing

KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

HABEAS, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00127-KAJ
### Internal Use Only

Cardone v. Attorney General of the State of Delaware et al
Assigned to: Honorable Kent A. Jordan
Related Cases: 1:00-cv-00118-RRM
                1:02-cv-01609-KAJ
                1:03-cv-00514-KAJ
                1:05-cv-00536-KAJ
                1:05-cv-00600-KAJ
                1:06-cv-00151-KAJ
                1:06-cv-00152-KAJ
                1:06-cv-00177-KAJ
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 02/27/2006
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Charles F. Cardone**      represented by **Charles F. Cardone**
SBI #098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977
*PRO SE*

V.

**Respondent**

**Attorney General of the State of Delaware**      represented by **Elizabeth Roberts McFarlan**
Department of Justice
820 N. French St.
Wilmington, DE 19801
(302) 577-8400
Email: elizabeth.mcfarlan@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Warden Thomas Carroll**      represented by **Elizabeth Roberts McFarlan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|