OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 27, 2006

TO: Charles Francis Cardone
SBI# 098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

RE: **Letter Received Dated 6/18/06**
**CA 06-127 KAJ**

Dear Mr. Cardone:

The above referenced letter has been received by this office requesting clarification as to which documents were unacceptable for filing due to lack of service upon local counsel. In response, please note that the Clerk previously returned your original document to you for you to add a Certificate of Service and return it for filing. As a reminder, the Clerk's office will not accept documents for filing which do not contain a Certificate of Service showing service upon opposing counsel

Once again, please note also that the Clerk's office will not provide you with courtesy copies of documents filed in your cases. It is your responsibility to maintain copies of your documents for your own records.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

PETER T. DALLEO
CLERK

/rwc