**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **CHARLES F. CARDONE**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-127-KAJ |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a. Appellant's Opening Brief & Appendix  (No. 397, 2005)

    b. State's Answering Brief & Appendix (No. 397, 2005)

    c. Order (March 17, 2006) (No. 397, 2005).

2. Notice is also hereby given that certified copies of the Delaware Superior Court Criminal Dockets in ID No. 0201021864 and 0409005091A have been manually filed with the Court and are available in paper form only.

                                                                                               /s/ Elizabeth R. McFarlan
                                                                                                Deputy Attorney General
                                                                                                Department of Justice
                                                                                                820 N. French Street
                                                                                                Wilmington, DE 19801
                                                                                                (302) 577-8500
                                                                                                Del. Bar. ID No. 3759
                                                                                                elizabeth.mcfarlan@state.de.us

June 29, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 29, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also hereby certify that on June 29, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Charles F. Cardone
    SBI No. 098159
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us