*Certificate of Delivery*

THIS is to certify that I caused to be delivered, a true and correct copy of the within Petition Under 28 U.S.C. §2254 For Writ of Habeas Corpus and a true and correct copy of my Application to KAJ to Amend CA-06-127 to Include Supplemental Papers in Support of said §2254 to Respondents this 25th day of June, 2006.

TO: Elizabeth Roberts McFarlan
Department of Justice
820 N. French St.
Wilmington, DE 19801

Charles F. Cardone
Petitioner, Pro se



FILED
JUN 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

## Certificate of Service

I, Charles F. Cardone, hereby certify under penalty of perjury that a true and correct copy of the Application to Amend has been provided to the below listed parties, by placing said application in a postage paid envelope and mailing said envelope via United States mail this 25th day of JUNE 2006 to:

TO: Elizabeth Roberts McFarlan
Dept. of Justice
820 N. French St.
Wilmington, DE 19801
LEAD ATTORNEY

Charles F. Cardone, Petitioner, Plaintiff, Pro se

June 25, 2006

Civ. Act. No. 06-127-KAJ

