In the United States District Court
For the District of Delaware

Charles F. Cardone,
    Petitioner

v.

Thomas L. Carroll,
Warden, and Carl C. Danberg,
Attny Gen'l, Delaware
    Respondents

: Civ. Act. No.
:
: 06-127-KAJ

## ANSWER

This ANSWER is a clarification and correction to the numerous misrepresentations to the Court by respondents in their response to my petition for a writ of habeas corpus:

1) Respondents statement that I was indicted on charges of possession of a firearm ... is not true. I have never used a firearm during a commission of any crime in my life ...

2) On page 2 of respondents answer, McFarlan states "Cardone urinated in the parking lot."... that is a lie. I did not urinate in the parking lot and the clerk at the Royal Farms store who dialed 911 and reported to police that I did urinate in the parking

Petitioner's ANSWER - 06-127 KAJ

lot, testified at trial that she did not see me urinate at all.

3) On page 3, McFarlan states and misrepresents to the Court that I resisted arrest at the 7-Eleven... the clerk at the 7-Eleven testified at trial I did not resist arrest nor cause a struggle... the last sentence in McFarlan's Facts, she states "A pat-down search revealed"... as shown in the trial transcripts, the 1 inch knife (in a closed position) was revealed when I emptied my pockets at the Rehoboth Police Station... not at the 7-Eleven as McFarlan, again, misrepresents to the Court... this 1 inch gadget tool was the deadly weapon the state turned into a malicious prosecution of me. The blade on that knife was never open as shown by testimony during my March 28, 2005 trial...

4) McFarlan continues in her misrepresentations to the Court by stating in her Discussion that I have raised 6 grounds for relief. She further states on page 4 that I have

Petitioner's ANSWER - 06-127 KAJ

state supreme court. As is clearly evidenced by my numerous supporting documents I have submitted in my §2254, these 6 claims for relief have been presented, by me, to my attorney of record, to my trial judge (Graves), to the Court on the Judiciary (Steele), to the Office of Disciplinary Counsel (ODC), and ~~not~~ now to the federal court (§2254, Jordon).

In McFarlan's Conclusion, she has opened the door for the production of all transcripts (0201021864, 0409005091A,) to include preliminary hearings, sentencing hearings, trials, and violation of probation hearings. She states she cannot state with specificity when such transcripts would be available and that it would TAKE 90 days to produce these transcripts should I direct the production of these transcripts, therefore, ~~for me to be~~ allow me to request of this Court the production of all the above, based on Superior Court docket sheets, so the Court may be able to render a granting of my petition for a writ of habeas corpus. Additionally, I

Petitioner's Answer – 06-127-KAJ

am requesting that Elizabeth R. McFarlan have her license to practice law in the state of Delaware suspended and/or revoked for her deliberate and malicious misrepresentations to the federal court in her attempt to have my petition for writ of habeas corpus dismissed. Furthermore, if the Court upholds my above requested sanctions of McFarlan, I am also asking the Court to award me one million dollars in compensatory relief, and punitive damages, and other relief the Court deems appropriate and necessary.

Charles F. Cardone
Petitioner
06-127-KAJ

Dated: July 6, 2006

## Certificate of Service

I, Charles F. Cardone, hereby certify under penalty of perjury that a true and correct copy of my ANSWER to the response by respondents to my petition for a writ of habeas corpus in Civ. Act. No. 06-127-KAJ has been provided to the below-listed parties, by placing said ANSWER in a postage paid envelope and mailing said envelope via United States mail this 7th day of July, 2006 to:

Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801

Charles F. Cardone
Petitioner
SBI #098159
Del Correct Center
1181 Paddock Rd
Smyrna, DE 19977

I/M Charles F. Cardone
SBI# 098159  UNIT SHU 17 CU 4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

Judge Kent A. Jordan
U.S. District Court
844 N. King St.
Wilmington DE
19801

06cv127-KAJ