In the United States District Court
For the District of Delaware

1

Charles F. Cardone,
Petitioner Plaintiff,

        Civil Action:

Warden Thomas L. Carroll,
and Carl C. Danberg,
Attny General, Delaware,
        Respondents

        28 U.S.C. § 2254,

        06-127-KAJ

Motion to Produce Docket Sheets, ETC...

I, Charles F. Cardone, petitioner in the above writ of habeas corpus, have requested docket sheets and supporting documents, repeatedly, of the Clerks of the District Court, Delaware... petitioner has repeatedly requested a bill for these copying fees so petitioner may pay for these fees and/or request the state to pay for these fees. Petitioner's requests have gone unanswered... thus, petition's present motion... for Judge Kent A. Jordan to order clerks of his court to honor petitioner's present motion to the Court. Furthermore, petitioner and plaintiff submits the following grounds in support of his request to be provided a copy of every document, paper, etc.,:

1. he has submitted an extensive and voluminous collection of papers and documents in

(con't) →

Continuation of Charles F. Cardone's Motion to produce Docket Sheets and submitted papers in re 06-127-KAJ

2

support of petition of writ of habeas corpus...

2. he is acting pro se because of a financial inability to retain services of an attorney...

3. he has inadvertently sent paperwork and documents to the court without providing Certificates of Service to Delaware's Attorney General

4. because of No. 3 and the persistence of the Clerks of the Court not to acknowledge receipt of the aforementioned documents and paperwork, petitioner/plaintiff fears the court will not grant the issuance of his writ of habeas corpus...

5. despite petitioner Cardone's unsuccessful and repeated attempts to obtain necessary copies of all proceedings pursuant to the Court's issuance of writ of habeas corpus, petitioner fears the Court will deny a review of his state conviction for the lack of exculpatory evidence found in the proceedings that have been denied to him...

In conclusion, Cardone respectfully moves this Court to grant this motion for the Clerks of the Court to provide copies of all materials presented to the Court in re 06-127.

Respectfully submitted,

(Con't) →

Continuation of Charles F. Cardone's Motion to produce Docket Sheets and submitted papers in re 06-127 KAJ

3

Charles F. Cardone
Delaware Correctional Center
Smyrna, DE 19977

Dated: July 26, 2006

## Certificate of Service

I, Charles F. Cardone, hereby certify under penalty of perjury that a true and correct copy of the Motion to Produce Docket Sheets and paperwork has been provided to the below-listed parties, by placing said motion in a postage-paid envelope and mailing said envelope via United States mails this 26 day of July 2006 to:

Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801

by: Charles F. Cardone
SBI #098159
Del. Correction Center
1181 Paddock Road
Smyrna, DE
19977

Date: July 26, 2006



I/M Charles F Cardone
SBI# 098159  UNIT SHU (17) CU 4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

* Chambers of Kent A. Jordan
Judge, U.S. District Court
844 N. King Street
Wilmington  DE
           19801