OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 31, 2006

TO:   Charles Francis Cardone
SBI# 098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

RE:   Motion To Produce Received 7/31/06
CA 06-127 KAJ

Dear Mr. Cardone:

The Clerk has received your Motion directing the Clerk to Produce Docket Sheets and copies of your filings in the above case free of charge. Your Motion has been docketed and is currently pending before Judge Jordan.

In the past, the Clerk has received numerous requests from you requesting copywork free of charge in your various cases. The Clerk has previously informed you that the Court is under no obligation to provide you with free copywork.

"It is not the policy of the Clerk's office to provide you with copies of any documents you filed in your cases. Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page."

Enclosed is a copy of the Docket Sheet in your above case provided to you free of charge. If you would like copies of any documents sent to you, please specify the docket item number of the document(s) you would like copied and the Clerk's office will send you a quote for the cost of copying the document.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

PETER T. DALLEO
CLERK

/rwc
cc: MLG
enc.