August 16, 2006

TO: Peter T. Dalleo and Bob C,
Clerks of Delaware District Court

RE: Dalleo's July 31, 2006, response to Charles F Cardone's Motion to Produce...

**FILED**
AUG 22 2006
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sir:

What does the C in Bob C, deputy clerk, represent?

Peter, the 2nd and fourth paragraphs are in opposite of each other... I have sent you numerous requests... free of charge... as in the fourth paragraph, I have asked you for quotes for the cost of my copies of my submissions to the court. Then you send me the above letter with that 2nd paragraph which is just not true. the times I asked you to send me quotes for the cost of my copies, you then sent me a letter w/ the 2nd and 3rd paragraphs in it. As to the 4th paragraph of your above letter, that is the first time you rightly respond to my requests. But, I did not have my Docket Sheet in front of me to specify the docket item number I wish to be sent a bill so I could forward a check to the court. So, thanx for the Docket Sheet. Further, I have submitted voluminous materials to the court in support of my numerous Civ. Act's... I, as an in forma pauperis filer, could not begin to pay the court .50 cents per page, nor, should I be required to do "up front". thus, my submission to the court for Ex Parte request for the State to pick up the tab. But, Bob C, deputy clerk, returns my Ex Parte request back to me w/ the note that I must

serve opposing counsel w/ that request. My bad, I was led to believe Ex Parte requests were not served on opposing parties. — To continue.... from the start, 2/27/06, the date this Habeas was filed, I submitted reams of supporting paperwork (documents, letters to and fro between attorneys, judges, justices, State Supreme Court personnel, etc.) I do not see these materials listed in the Docket Sheet you sent me on July 31, 2006. Yes, D.I. 9, dated 4/14/06, D.I. 19, dated 6/29/2006, and D.I. 22, dated 7/19/2006, shows submissions by me of papers. But, if those 3 docket entries represent the sum total of my paperwork submitted to the Court in support of my Habeas, then 90% of my supporting materials has not been docketed. I am strongly requesting a clarification as to where my numerous paperworks and documents, in re, my Habeas, are. Please respond accordingly,

Charles F. Cardone
SBI #098159
Del. Correction Center
1181 Paddock Road
Smyrna, De 19977

Dated: August 16, 2006

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

DATE: 7/7/06

TO: Charles F. Cardone,

SUBJECT: Proof of Service on Local Counsel of Record Required

RE: CA# 06-127 KAJ

CASE CAPTION: Cardone v. Attorney General et al

DOCUMENT TITLE: letter dated 7/3/06

Documents have been presented for filing in the above noted case which *do not conform* to one or more of the following: Federal Rules of Civil Procedure 5, District of Delaware Local Rules of Practice & Procedure 5.2.(a) & 5.3.

In order for your documents to be acceptable for filing, they must be served on all local counsel of record, and this must be indicated on an Affidavit or Certificate of Service.

A copy of the current local counsel service list for this case is attached for your convenience.

If there are any questions concerning this matter, do not hesitate to contact this office. Also, our web site (frequently asked questions) may be of interest to you, at **http:www.ded.uscourts.gov**.

cc: Assigned Judge

Bob C - Docket Clerk to KAJ
Deputy Clerk

INTAKMAN\REJLTR (REV. 5/01)

Rejected - No proof of service
Not Docketed

OVER →

Why was this enclosed letter of inquiry returned to me, denied docketing, and why must I provide proof of service on my letter of inquiry to the Court? — I requested the Clerk of the Court to provide me w/ the certain process, mentioned in my letter, the Delaware District Court uses, not a question needing legal advice... only how the Court wants certain procedures addressed. Please respond,

TO: Clerk of Del. Dist. Ct.          July 3, 06

RE: Petition for writ of habeas corpus,
    C.A. 06-127-KAJ

Sir:

In the event my above petition is denied, I am contacting you to find out the process Delaware District Court uses so I may request a Certificate of Appealability. I have material that notices the new language of FRAP 22(b), modified by the AEDPA, is in conflict with another statute also modified by the AEDPA. I am researching how Delaware District Court interprets the conflict between 28 U.S.C. § 2253(c)(1) and FRAP 22(b). Furthermore, I will check with the circuit court clerk for court rules governing CoAs for our area.

If I am fortunate enough to have my appeal taken under consideration, I do not wish to make procedural mistakes.

Respectfully,

Charles F. Cardone
Smyrna, prison.
SBI# 09 8159

**FILED**
JUL -7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PO scanned

— the enclosed: Proof of Service on Local Counsel of Record Required accompanies the return of my letter to the court (my letter of inquiry). cfc July 14, 200

IM Charles F. Cardone
SBI# 098159   UNIT SHU/DCU4-M-R
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, DE
19801