OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 23, 2006

TO:    Charles Francis Cardone
SBI# 098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

    RE:    **Letter Received Dated 8/16/06 (DI# 26)**
            **CA 06-127 KAJ**

Dear Mr. Cardone:

The Docket Clerk is in receipt of the above letter regarding copywork fees, service of documents upon opposing counsel, docketing practice, and rejection notices.

1). Prepayment is required for all copywork. The Clerk's office will <u>not</u> send you a bill. A docket sheet was provided to you on 7/31/06. If you want copies of documents sent to you, you must indicate which docket item numbers you want copied and the <u>Clerk will quote you a fee</u>. Again, <u>prepayment is required</u>.

2). Again, as previously stated, please be advised that in accordance with the directive from the Judicial Conference of the United States <u>the fee for copywork is fifty ($.50) cents per page</u>." <u>In forma pauperis status does not apply to copywork fees</u>.

3). All documents filed with the Court are docketed by the Docket Clerk <u>unless</u> there is no proof of service upon opposing counsel. <u>Documents which fail to show proof of service will be returned to you without action</u>.

4). All documents filed with the Court <u>must be served</u> upon opposing counsel and service must be indicated on your document by either a <u>Certificate of Service</u> or by carbon-copy (cc.).

5.) It is your responsibility to retain copies of documents filed with the Court. If you do not see a document listed on the docket sheet, it may have been returned to you without docketing for <u>no proof of service</u>. Documents rejected by the Docket Clerk may be resubmitted for filing once you have <u>indicated proof of service on that document</u>.

6). Your Motions for Copywork are <u>pending</u> before the Court. You will be advised by the Court as to further developments in your case.

      I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                            Sincerely,

                                            Bob Cruikshank
                                            Docket Clerk to the
                                            Honorable Kent A. Jordan

/rwc
cc: MLG

serve opposing counsel w/ that request. Nobody, I was led to believe Ex Parte requests were not served on opposing parties. — To continue.... from the start, 2/27/06, the date this Habeas was filed, I submitted reams of supporting paperwork (documents, letters to and fro between attorneys, judges, justices, State Supreme Court personnel, etc) I do not see these materials listed in the Docket Sheet you sent me on July 31, 2006. Yes, D.I. 9, dated 4/14/06, D.I. 19, dated 6/29/2006, and D.I. 22, dated 7/19/2006, shows submissions by me of papers. But, if those 3 docket entries represent the sum total of my paperwork submitted to the Court in support of my Habeas, then 90% of my supporting materials has not been docketed. I am strongly requesting a clarification as to where my numerous paperworks and documents, in re, my Habeas, are. Please respond accordingly,

Charles F. Cardone
SBI # 098159
Del. Correction Center
1181 Paddock Road
Smyrna, De  19977

Dated: August 16, 2006

August 16, 2006

(26)

To: Peter T. Dalleo and Bob C,
Clerks of Delaware District Court

06-127 (KAJ)

RE: Dalleo's July 31, 2006, response to Charles F. Cardone's Motion to Produce...

FILED
AUG 22 2006
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sir:

What does the C in Bob C, deputy clerk, represent?

Peter, the 2nd and fourth paragraphs are in opposite of each other... I have sent you numerous requests... free of charge... as in the fourth paragraph, I have asked you for quotes for the cost of my copies of my submissions to the Court. Then you send me the above letter with that 2nd paragraph which is just not true. The times I asked you to send me quotes for the cost of my copies, you then sent me a letter w/ the 2nd and 3rd paragraphs in it. As to the 4th paragraph of your above letter, that is the first time you rightly respond to my requests. But, I did not have my Docket Sheet in front of me to specify the docket item number I wish to be sent a bill so I could forward a check to the court. So, thanx for the Docket Sheet. Further, I have submitted voluminous materials to the court in support of my numerous Civ. Act's... I, as an in forma pauperies filer, could not begin to pay the court .50 cents per page, nor, should I be required to do "up front". Thus, my submission to the court for Ex Parte request for the State to pick up the tab. But, Bob C, deputy clerk, returns my Ex Parte request back to me w/ the note that I must

→

Why was this enclosed letter of inquiry returned to me, denied docketing, and why must I provide proof of service on my letter of inquiry to the Court? — I requested the Clerk of the Court to provide me w/ the certain process, mentioned in my letter, the Delaware District Court uses, not a question needing legal advice... only how the Court wants certain procedures addressed. Please respond,

# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

DATE: 7/7/06

TO: Charles F. Cardone

SUBJECT: Proof of Service on Local Counsel of Record Required

RE: CA# 06-127 KAJ

CASE CAPTION: Cardone v. Attorney General et al

DOCUMENT TITLE: Letter dated 7/3/06

Documents have been presented for filing in the above noted case which *do not conform* to one or more of the following: Federal Rules of Civil Procedure 5, District of Delaware Local Rules of Practice & Procedure 5.2.(a) & 5.3.

In order for your documents to be acceptable for filing, they must be served on all local counsel of record, and this must be indicated on an Affidavit or Certificate of Service.

A copy of the current local counsel service list for this case is attached for your convenience.

If there are any questions concerning this matter, do not hesitate to contact this office. Also, our web site (frequently asked questions) may be of interest to you, at **http:www.ded.uscourts.gov**.

cc: Assigned Judge

Bob C - Docket Clerk to KAJ  
Deputy Clerk

INTAKMAN\REJLTR (REV. 5/01)

Rejected - No Proof of Service  
Not Docketed

OVER →