IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-127-KAJ |
| ) | |
| THOMAS CARROLL, Warden, ) | |
| and CARL C. DANBERG, ) | |
| Attorney General of the State ) | |
| of Delaware, ) | |
| ) | |
| Respondents. ) | |

### ORDER

For the reasons set forth in the Memorandum Opinion issued in this action today, IT IS HEREBY ORDERED that:

1. Charles F. Cardone's petition for a writ of habeas corpus, filed pursuant to 28 U.S.C § 2254, is DISMISSED without prejudice for failure to exhaust state remedies. (D.I. 1; D.I. 12.)

2. Charles F. Cardone's motion to produce docket sheets is DENIED as moot. (D.I. 23.)

3. The court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2).

UNITED STATES DISTRICT JUDGE

August 29, 2006
Wilmington, Delaware