In the United States District Court
For the District of Delaware

Charles F. Cardone,
    Petitioner,

v.

Thomas L. Carroll
Warden, and Carl C.
Danberg, Atty Gen'l,
Delaware,
    Respondents

Civ. Act. No.

06-127-KAJ

Scanned
FILED
2006 AUG 31 PM [illegible]
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion To Apply To the Court pursuant to 28 U.S.C.A § 2250.

Petitioner, Charles F. Cardone, in his submission of the above Motion to Apply, presents the following:

1.) Petitioner has been granted to prosecute the application in forma pauperis.

2. that Petitioner was granted in forma pauperis at the onset of his arrest of September 7, 2004, and subsequent conviction at trial by jury and Petitioner's direct appeal to the Delaware Supreme Court (Rule 26)

3. that the Petitioner has his numerous re —

(Con't) →

Page 2 of Petitioner Charles F. Cardone's Motion to the Court pursuant to 28 U.S.C. §2250

quests to his attorney of record, Michael Abram, to provide copies of all proceedings in Petitioner's subsequent conviction in State court of aggravated menaceing, resisting arrest, and criminal trespass in the third degree.

4. That Petitioner's requests in the above section #3, went unanswered and unheeded and denied to Petitioner to effectuate a proper appeal of his state conviction.

Whereas, Petitioner prays the Court to grant this instant Motion so this Honorable Court may have sufficient and documented evidence of in support of Petitioner's application for a writ of habeas corpus and to provide Petitioner with copies of all proceedings (State), to be paid for without costs to this Petitioner.

Charles F. Cardone, pro se
SBI #098159 - DCC
Bldg. 21 CU 3
1181 Paddock Road
Smyrna, DE  19977

Dated: August 27, 2006

## Certificate of Service

3

I, Charles F. Cardone, hereby certify under penalty of perjury, that a true and correct copy of this Motion to Apply To The Court pursuant to 28 U.S.C.A § 2250 and placed in a postage paid envelope, handed directly to a Delaware Correctional Center guard to be placed in DCC's United States Mail system this 29 day of August, 2006 to be mailed to:

Elizabeth R. McFarlan
Deputy Attorney General
Dept. of Justice
820 N. French St.
Wilmington DE 19801

By:

Charles F. Cardone, pro se
SBI #098159-DCC
Bldg. (21) C U 3
1181 Paddock Road
Smyrna, DE 19977

Dated: August 29, 2006

