Aug-31, 06

Send me all docket entries, annotated, in 06-127-KAJ. If you had done this 4 months ago, like I repeatedly requested (I asked you numerous times to send me a quote of how much money the court would need for copying fees... you then turned my requests for a quote into a request for free copies) you to do, my petition might not have been dismissed. Yes, I hold myself completely at fault for not cataloging the paperwork I submitted to the court in my support of my § 54. But, you denied me

justice in every sense of the word. Any trained monkey could have read my trial transcripts (and all transcripts I was repeatedly denied access to by the state of Delaware) and vacated my convictions. Lastly, once again, send me a damn quote for the amount of money needed to send me all docket sheets entries (my submitted paperwork). If you send me another bullshit letter, when I get out, you and I are going to talk to each other, real close and personal.

Cardone

I/M Charles F. Cardone
SBI# 098159  UNIT Bldg 21 CU3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
01 SEP 2006 PM 3 L

U.S.M.S. X-RAY

U.S. District Court
844 King St
Wilmington DE
19801

Peter Dalleo

Peer-pair