IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. A. No. 06-127-KAJ |
| | ) |
| THOMAS CARROLL, Warden, and | ) |
| ATTORNEY GENERAL OF THE | ) |
| STATE OF DELAWARE, | ) |
| | ) |
| Respondents. | ) |

## ORDER

At Wilmington this ___4___ day of ~~August~~ September, 2007;

IT IS ORDERED that:

Charles Cardone's motion for copies pursuant to 28 U.S.C. § 2250 is **DENIED** as moot. (D.I. 30) Cardone's habeas petition was denied on August 29, 2006, and the Court of Appeals for the Third Circuit denied his motion for a certificate of appealability in March 2007.

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge